USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                    :

DE-XING HAN,                 :

                   :

         Plaintiff,:

                   :       1:22-cv-04529-GHW

     -against-       :

                   :        ORDER

UNITED STATES OF AMERICA,   :

                   :

        Defendant.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court observes that Magistrate Judge Gorenstein has adjourned the parties' settlement conference in this case *sine die* in order to allow for the collection and assessment of certain records that will assist the parties in their settlement negotiations. Dkt. Nos. 24–25. To allow the parties time to engage in the settlement process, and to account for the parties' anticipated date of their settlement conference, the Court adjourns the status conference previously scheduled for May 31, 2023 to July 6, 2023 at 1:00 p.m. The joint letter required in advance of that conference must be filed on ECF no later than June 29, 2023.

SO ORDERED.

Dated: May 1, 2023
New York, New York

GREGORY H. WOODS
United States District Judge