USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                  :
DE-XING HAN,                  :
                  :
              Plaintiff,: 
                  :        1:22-cv-04529-GHW
     -against-           :
                  :        <u>ORDER</u>
UNITED STATES OF AMERICA,    :
                  :
              Defendant.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        The Court observes that the parties' settlement conference in this case has been adjourned to July 28, 2023.  Dkt. No. 28.  To allow for the parties to engage in the process of preparing for that conference, the Court adjourns the status conference previously scheduled for July 6, 2023, *see* Dkt. No. 26, to August 25, 2023 at 2:00 p.m.  The joint letter required in advance of that conference must be filed on ECF no later than August 18, 2023.  All of the Court's previous orders otherwise remain in full force and effect.

        SO ORDERED.

Dated:  June 22, 2023
New York, New York
                                                    GREGORY H. WOODS
                                                 United States District Judge